Julia P. Gibbs, CA Bar No. 101072
Law Offices of Julia P. Gibbs
1329 Howe Avenue, Suite 205
Sacramento, CA  95825
916.646.2800/fax 916.929.1158
Email: judy@gibbslegal.com
Attorneys for Petitioner and Counterclaim Defendants,
THOMSON & PRATT INSURANCE ASSOCIATES, INC.
AND R. JOHN PRATT

Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN,**
**CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639
Attorneys for Respondent/Counterclaimant,
PRAETORIAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMSON & PRATT INSURANCE ASSOCIATES, INC., | Case No. 1:11-CV-00161-LJO-DLB |
| Petitioner, | **JUDGMENT** |
| vs. | |
| PRAETORIAN INSURANCE COMPANY, | |
| Respondent. | |
| _____ | |
| PRAETORIAN INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| R. JOHN PRATT, THOMSON & PRATT INSURANCE ASSOCIATES, INC., | |
| Counterclaim Defendants. | |

1     Pursuant to the Stipulation to Judgment entered between the parties and filed with the Court
2 on June 22, 2011,
3     It is hereby ORDERED, ADJUDGED AND DECREED that JUDGMENT is entered in
4 favor of Respondent and Counterclaimant PRAETORIAN INSURANCE COMPANY against
5 Petitioner and Counterclaim Defendant THOMSON & PRATT INSURANCE ASSOCIATES,
6 INC. in the amount of $419,000.00, plus pre-judgment interest at the statutory rate of 10%
7 per annum from May 13, 2010 to July 5, 2011 in the amount of $46,836.16, for a total
8 judgment of $465,836.16.

IT IS SO ORDERED.

Dated: **July 8, 2011**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE