# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMSON & PRATT INSURANCE ASSOCIATES, INC., | CASE NO. CV-F-11-0161 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE CASE** |
| vs. | |
| PRAETORIAN INSURANCE COMPANY, et al., | |
| Defendants. | |

A stipulation of dismissal has been filed regarding claims against R. John Pratt. In addition, judgment has been entered as to other claims, and no viable claims remain to be tried in this case. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the case.

IT IS SO ORDERED.

**Dated:   July 21, 2011**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1